

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00414-CV

Walter Ray **SIMPSON** Jr.,
Appellant

v.

**AUTO INJURY SOLUTIONS, INC.,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-03713
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the parties' joint motion to dismiss appeal is GRANTED and this appeal is DISMISSED. Costs of appeal are taxed against the party incurring same.

SIGNED September 21, 2016.

_____
Rebeca C. Martinez, Justice